UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JAMES DALTON BELL,

                    Petitioner,

                                            9:08-CV-0215
       v.                                      (FJS/GHL)

UNITED STATES OF AMERICA, et al.,

                    Respondents.
_____

**APPEARANCES:**                          **OF COUNSEL**

JAMES DALTON BELL
26906-086
Petitioner *Pro Se*
USP Tucson
P.O. Box 24550
Tucson, Arizona   85734

**FREDERICK J. SCULLIN, JR., S.D.J.:**

### ORDER

    Currently before the Court is Magistrate Judge Lowe's April 3, 2008 Report-Recommendation to which the parties have filed no objections.  Having reviewed that Report-Recommendation and the entire file in this matter, the Court hereby

    **ORDERS** that the Report-Recommendation of Magistrate Judge George H. Lowe filed April 3, 2008 is **ACCEPTED** in its entirety, for the reasons stated therein; and the Court further

    **ORDERS** that the Petition is **DENIED** and **DISMISSED** and the Court further

**ORDERS** that no certificate of appealability should issue with respect to any of Petitioner's claims; and the Court hereby

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Respondents and close this case.

**IT IS SO ORDERED.**

Dated: April 29, 2008
       Syracuse, New York

                                          Frederick J. Scullin, Jr.
                                          Senior United States District Court Judge